UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                        Case No. 1:22-cr-00230-(DC)

          -against-

SHUJUN WANG,

               Defendant,

------------------------------------------------------------x

**THE DEFENDANT SHUJUN WANG'S TRIAL EXHIBIT LIST**

| Exhibit Number | Description |
|---|---|
| Topic --> | Book covers |
| 0001 | "For social justice & Ideals" written by Albert Ho |
| 0006 | "Breaking the Deadlock and China's Democratic Model" ,written by Shujun Wang |

| Exhibit Number | Description |
|---|---|
| Topic--> | Photographs |
| 0031 | Shujun Wang's Dinner With Liu Xianbin |
| 0032 | Mistranslation of He Bao, Shujun Wang's Hong Kong Daughter's Cat |
| 0033 | WeChat account of daughter Wang Bei, on WeChat known as "He Bao's mom" |
| 0034 | "Breaking the Deadlock and China's Democratic Transformation" written by Shujun Wang |
| 0035 | Shujun Wang's visit with Professor He Baoyan |
| 0036 | Photos from the book "Zhang Xueliang's Century Legend", and a photo of Professor Tang Degang and the author Shujun Wang. |
| 0037 | Shujun Wang with host at the new book launch of the Pacific War Trilogy |
| 0038 | Shujun Wang with President of Ocean Press at the new book launch of the Pacific War Trilogy |

| | |
|---|---|
| 0039 | Photos of the launch of Shujun Wang's new book "Pacific War" trilogy on the Internet, Shujun Wang is signing books for buyers |
| 0040 | Photos of the launch ceremony of Shujun Wang's new book "Pacific War" trilogy introduced on the Internet |
| 0041 | Qingdao Book City and Ocean Press jointly held a new book launch for the "Pacific War" trilogy. Group photo with the publisher at the launch. |
| 0042 | Shujun Wang authored the first part of the "Pacific War" trilogy, "Storm", to commemorate the 70th anniversary of the victory of the World Anti-Fascist War and the Chinese War of Resistance against Japanese Aggression |
| 0044 | Payment receipt for flight ticket to Hong Kong, purchased by Shujun Wang in person at Greatland International Travel Inc. in Flushing, New York |
| 0046-0047 | A photo of Albert Ho Chuan Yan, famous politician and leader in Hong Kong |
| 0048 | A photo of the US Secretary of State John Foster Dulles |

| Exhibit Number | Description |
|---|---|
| Topic--> | Documents |
| 0049-0052 | Testimony and statement sent by Professor Baoyan He of Qingdao Academy of Social Sciences from Qingdao |
| 0053-0054 | Testimony and statement sent by Ms. Xuexiang Li from Qingdao Academy of Social Sciences |
| 0055-0060 | The Charter of the Hu Yaobang and Zhao Ziyang Memorial Foundation |
| 0061-0063 | Email from Jinjin Lee to Shujun Wang |
| 0064-0069 | The Proposal for the Formation of Hu Yaobang and Zhao Ziyang Memorial Foundation |

| Exhibit Number | Description |
|---|---|
| Topic--> | Newspapers |

| 0070 | New York Magazine introduces "Many Books by Renowned War Historian Shujun Wang" |
|------|------|
| 0091 | Hong Kong newspapers introduced Shujun Wang's book "Zhang Xueliang's Oral Autobiography" and commented that it was the only true autobiography of Zhang Xueliang in the world, and published a book review |
| 0094 | The Hu-Zhao Foundation held a conference titled "Remembering Hu Yaobang and Promoting China's Peaceful Evolution" |
| 0096 | The New York area democracy movement commemorated the 25th anniversary of the June 4th Incident by holding a street rally in Flushing, New York |
| 0100 | A Tibetan-Han exchange dinner and cultural evening was held in New York. It was broadcasted live by Boxun News Network, but FBI investigator IGO falsely accused Shujun Wang of "leaking information about overseas democracy movements" |
| 0101 | Hu-Zhao Foundation held a "Democracy Movement Community Discussion on Chen Yizi's Memoirs"; New York World Journal; October 14, 2013; Is the New York media guilty of the crime of "leaking overseas democracy movement information" as stated by the FBI's IGO |
| 0102 | Ho Chun-yan, Martin Lee, Lee Cheuk-yan and 12 others in Hong Kong were sentenced for violating the Hong Kong Department of Health's coronavirus ban, but the IGO framed Shujun Wang. Judge Hu Yawen reiterated that the political stance of the defendants has nothing to do with the sentence. Sing Tao Daily News Network reported on 9/15/2021 |
| 0103 | Ho Chun-yan, Martin Lee, Lee Cheuk-yan and 12 others in Hong Kong were sentenced for violating the Hong Kong Department of Health's coronavirus ban, but the IGO framed Shujun Wang. Judge Hu Yawen reiterated that the political stance of the defendants has nothing to do with the sentence. Sing Tao Daily News Network repeated the report |

| 0104 | The Hu-Zhao Foundation held a meeting in Philadelphia, USA to commemorate Hu Yaobang and Zhao Ziyang and the 100th anniversary of the Xinhai Revolution. The World Journal reported on April 29, 2011 |
| --- | --- |
| 0105 | The Hu Yaobang and Zhao Ziyang Memorial Foundation was registered with the government in 2006. The foundation's purpose is to "commemorate Hu and Zhao and promote democracy" and is committed to building a "democratic China" |
| 0106 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" held the "China Constitutional Road" on March 15, 2013. The Foundation's Executive Secretary Shujun Wang wrote a press release, and the media "The Epoch Times" published the meeting notice before the meeting |
| 0107 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" held the "China Constitutional Road" on March 15, 2013. The Foundation's Executive Secretary Shujun Wang wrote a press release, and the media "Sing Tao Daily" published the meeting notice before the meeting |
| 0108 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" held the "International Symposium to Commemorate the Death of Hu Yaobang and the 30th Anniversary of the 1989 Democracy Movement" on April 15, 2019. The Foundation's Executive Secretary Shujun Wang wrote a press release, and the New York media live broadcasted the interview |
| 0109 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" held the "International Symposium to Commemorate the Death of Hu Yaobang and the 30th Anniversary of the 1989 Democracy Movement" on April 15, 2019. The press release was written by the Foundation's Executive Secretary Shujun Wang, and  reported by New York media Boxun.com |
| 0112 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" held a "Reflection |

| | |
|---|---|
| | on the 50th Anniversary of the Cultural Revolution" on May 16, 2016. The press release was written by the Foundation's Executive Secretary Shujun Wang, and reported by the New York media Sing Tao Daily |
| 0113 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" held a "China Democratic Transformation Symposium" on April 16, 2013. The press release was written by the Foundation's Executive Secretary Shujun Wang, and reported by the New York media Sing Tao Daily |
| 0114 | Liu Gang's slanderous online article that rumoured that "The FBI found clues from this article of mine (Shujun Wang)." |
| 0115 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" successfully produced a CD showing the June 4th Tiananmen Massacre" in April 2009, and the foundation's executive Secretary Shujun Wang held a press conference |
| 0116 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" successfully produced a CD showing the June 4th Tiananmen Massacre" in April 2009, and the foundation's executive Secretary Shujun Wang held a press conference |
| 0117 | The Hu Yaobang and Zhao Ziyang Memorial Foundation held an "International Symposium to Commemorate the Death of Hu Yaobang and the 30th Anniversary of the 1989 Democracy Movement" in New York on April 15, 2019. This press release was written by the Foundation's Executive Secretary Shujun Wang, reported by New York media Boxun.com |
| 0118 | List of 87 participants drawn up by the Hu Zhao Foundation Board of Directors and Chairman Li Jinjin on September 23, 2012. The list was published in New York newspapers and websites. However, FBI investigators accused Shujun Wang of leaking their list of people in April 2019, seven years later. |
| 0119 | The "press release" of the meeting issued by the Hu Zhao Foundation Board of |

5

|  | Directors and President Li Jinjin on September 30, 2012. The list of 72 meeting participants was re-established and published in New York newspapers and websites. However, FBI investigators accused Shujun Wang of leaking their list of people in April 2019, seven years later. |
|---|---|
| 0120 | On April 17, 2018, the Hu-Zhao Foundation Board of Directors and Chairman Li Jinjin expanded the list of 87 to 91, and sent it to 11 media and newspapers for wide dissemination. |
| 0121 | The "Hu Yaobang and Zhao Ziyang Memorial Foundation" held a "Special Symposium to Commemorate the Death of Hu Yaobang and the 25th Anniversary of the 1989 Democracy Movement" in New York on April 12, 2014. The press release written by the foundation's executive secretary, Shujun Wang, was reported by the New York media "The Epoch Times" |
| 0124 | The Hu Yaobang and Zhao Ziyang Memorial Foundation held an "International Symposium to Commemorate the Death of Hu Yaobang and the 30th Anniversary of the 1989 Democracy Movement" in New York on April 15, 2019. This press release was written by the Foundation's Executive Secretary Shujun Wang, reported by New York media Boxun.com |
| 0125 | The "Memorial Hu Yaobang and Zhao Ziyang Foundation" held a "Memorial Hu Yaobang and Zhao Ziyang Seminar" in New York on April 30, 2011. This press release was written by the Foundation's Executive Secretary Shujun Wang, reported by New York media World Journal. |
| 0126 | The Hu Yaobang and Zhao Ziyang Memorial Foundation held the "Hu-Zhao Spirit and China's Constitutional Transformation International Academic Seminar" in New York on October 5, 2012. This press release was written by the Foundation's Executive Secretary Shujun Wang, reported by New York media Sing Tao Daily |
| 0127 | New York writer Weng Hansong wrote a book called "Why Xi Jinping Can", criticizing |

| | |
|---|---|
| | Xi Jinping. While promoting the book, Weng Hansong was accused by IGO and others. |
| 0128 | New York writer Weng Hansong wrote a book called "Why Xi Jinping Can", criticizing Xi Jinping. The Internet was flooded with introductions. While promoting the book, Weng Hansong was accused by IGO and others. |
| 0132-0135 | Website of Hu Yaobang and Zhao Ziyang Memorial Foundation, displaying events |
| 0136-0143 | Resignation letter of Shujun Wang |

Kevin K. Tung, Esq.
KEVIN KERVENG TUNG, P.C.
Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
Tel: 718-939-4633

Zachary Margulis-Ohnumma, Esq.
ZMO Law PLLC
353 Lexington Avenue, Suite 900
New York, NY 10016
Tel: 212-685-0999