United States v. Shujun Wang 22 Cr. 230 (DC)

Exhibit A-1: Forensic Psychological Evaluation of Shujun Wang

(Intentionally Omitted)