# EXHIBIT A



Anna Yeung-Cheung, Ph.D.
Professor
Division of Natural Sciences, Mathematics
& Computing
Purchase, NY 10577
April 3, 2025

Dear Honorable Judge Chin,

I write today to address Mr. Wang Shu-Jun directly and to convey the profound impact his actions have had on our community. His betrayal not only damaged personal bonds and shattered our collective trust but also exacerbated harmful stereotypes that depict Chinese and Asian Americans as potential spies. While I have faith in the Court's judgment, I believe it is crucial for you to hear my personal story as an academic, an activist, and someone whose ties to my homeland have been deeply affected by the very regime Mr. Wang has assisted.

I arrived in the United States in 1987 as a graduate student at the University of Georgia. In May 1989, I found myself in Hong Kong during one of the most pivotal pro-democracy movements in Chinese history. Out of frustration and a firm belief in justice and freedom, I joined thousands of Hong Kongers in peaceful demonstrations to protest the Tiananmen Square massacre. This experience galvanized my commitment to advocating for the democracy, freedom, and basic human rights of my fellow Hong Kongers and Chinese citizens—a cause I have pursued for decades.

In 1996, I strengthened this commitment by volunteering with the Hong Kong Alliance in Support of Patriotic and Democratic Movements of China, a leading pro-democracy coalition whose members Mr. Wang allegedly spied on. For nearly three decades, I have connected with Chinese dissidents who fled mainland China to New York, working alongside them to promote democracy and supporting them as they rebuilt their lives.

Since 2002, I have served as a professor at Manhattanville University, teaching Microbiology, Infectious Disease, and a course on Activism & its Social Impact. As both a scientist and an activist, I believe science, ethics, human rights, and civic engagement are inseparable. This belief guides my work on campus, within my community, and across borders as I stand against transnational repression targeting dissidents outside China.

Trust forms the bedrock of our overseas pro-democracy community. Mr. Wang's decision to disclose personal information—mine and that of many others—to the Chinese Communist Party was a grave violation. Although my interactions with him were limited, the harm caused by his deceit is far-reaching. His actions extended beyond our New York Community; he allegedly

exploited his relationship with respected politician Albert Ho, gathering personal commentaries and relaying them back to the Ministry of State Security. Today, Mr. Ho remains imprisoned under Hong Kong's National Security Law—an authoritarian instrument used to suppress dissent since 2020.

Mr. Wang's betrayal is particularly egregious given his role as a co-founder of the Hu Yaobang & Zhao Ziyang Memorial Foundation—an organization intended to honor the reform-minded politics of the 1980s in China. As a community leader who co-founded the Hong Kong Democracy Council in Washington, D.C. at the height of the 2019 pro-democracy movement in Hong Kong, I fully appreciate the gravity of the trust placed in us by those who have risked everything for freedom. By becoming an agent of the Chinese regime, Mr. Wang endangered friends and colleagues alike, exemplifying the People's Republic of China's long-arm tactics of infiltration and repression—even on American soil—and further fueling distrust toward the Asian American community.

We live in the United States, where we should not have to live in fear. China's transnational repression must end, and those acting as foreign agents must be held accountable. Mr. Wang's case should stand as a cautionary tale, making it clear that democracy, freedom, and mutual respect remain paramount values in this country.

No threats will silence me in my pursuit of democracy for Hong Kong and China, nor will they deter me from defending it in the United States. Still, the emotional distress, psychological heartbreak, and social damage caused by Mr. Wang's betrayal cannot be overstated. He must understand the severity of his actions and the profound pain he has inflicted upon those who once trusted him. Actions carry consequences, and accountability is a necessary pillar of true justice.

I respectfully urge the Court to recognize the gravity of Mr. Wang's actions when determining his sentence. Justice involves not only punishment but also ensuring that those who have suffered receive the acknowledgment and fairness they deserve.

Sincerely Yours,

Anna Yeung-Cheung, Ph.D.