# EXHIBIT B

Statement from Ming Xia, 04/02/2025

My name is Ming Xia. I am a professor of political science at the City University of New York. As a Chinese-American who experienced the 1989 democracy movement in China, I have committed myself to the overseas Chinese democracy movement.

Over the past two decades, I have written numerous books and essays, participated in various activities, and hosted conferences on the theme of China's democratization. Because of my involvement in these activities, especially my early role in the Hu Yaobang and Zhao Ziyang Memorial Foundation, I got to meet Mr. Wang Shujun and became acquaintances. I was one of the founding board members of the foundation and later became its vice president. Mr. Wang leaves an impression of a respectful and warm-hearted person to me. Since he is senior to me, his modesty has been particularly conspicuous. Our relationship, as far as I remember, had been free of any conflict.

Last year when I was informed by the FBI and the Department of Justice that my name, my information, and two 2016 conferences I organized appeared in Wang's diaries that were shared with the Ministry of State Security back in China. I realized that my activities were carefully monitored and informed to the Chinese government by Wang Shujun.

Today at the court where sentencing is about to be given, I would like to make the following comments:

1. I thank the FBI, the DOJ, and the court for defending the fundamental civil rights of all residents living on the soil of the United States. Your work ensures people like me live in freedom from fear, even if we have to face a rising authoritarian power that extends its long-armed persecution worldwide.
2. Mr. Wang and some people uncovered in New York have caused psychological, reputational, and physical threat/damage to me. I have been aware of the presence of informants on behalf of the Chinese Communist Party in my stratosphere, therefore, I have taken extra precautions and adjusted my lifestyle and daily routine to protect myself. In the Chinese-American community, people have lived in a suspicious atmosphere where everyone is suspected of being a special agent on behalf of the Chinese state. Since we lack the expertise to determine who is genuinely trustworthy, not only do we lose trust in each other, but most of us, including myself, have been labeled as spies or informants. The professional work by U.S. law enforcement and court is the most effective method to root out espionage in the U.S. and to send a strong deterrence to the potential activity. It is also the best way to guarantee the integrity of our community and defend the reputation of each individual.

3. Some people have offered this defense for Mr. Wang: He collected something not classified or confidential information. My answer is threefold: First, for all political dissident movements, we have some confidential information, including personnel, funding sources and use, organizational structure, long-term strategy, and concrete arrangements for protests, among others. If the Chinese authorities can have all this information, they can easily destroy any effort from the dissident community. Second, Chinese national security has evolved into a comprehensive and absolute security, carefully coordinated with its "Great Foreign Propaganda" and "Great United Front Work." The Chinese government uses any concrete details of our personal information to smear, threaten our reputation, and threaten our family members and relatives back in China. In today's AI and Deepfake age, the authentic and rich details about our private lives and dining table conversations overall strengthen the credibility of the Chinese government. Third, the fast remittance of our activities to Beijing sends chills to the spines of all critics of the totalitarian regime. It helps the Chinese government silence criticism overseas, even in a free and democratic country like the United States.

4. I, like Mr. Wang Shujun, was born in China without our possible consent; however, both of us chose to live in the U.S. as our homeland when we were adults and, more importantly, mature scholars. Therefore, we should have moral clarity to defend our democracy and freedom against the invasion and sabotage of the biggest totalitarian system in human history, not the other way around for the sake of monetary interest. More importantly, as well-educated people, we should have a sense of legality in conducting our lives in the United States. If we try to downplay the severity of the damage that Mr. Wang has caused to the Chinese-American community and many individuals, we will send out the wrong message to the world: a free life with integrity in a democratic society does not need to be upheld. For someone like me who escaped from the terror of totalitarianism, I would not agree with such a message.

Finally, I thank the FBI, the DOJ, the court, and especially the Grand Jury for delivering justice for the Chinese-American community, including Mr. Wang himself. Thank you!

Signed by: Ming Xia, 04/02/2025

*[signature: Ming Xia]*